**92–707.** Muskingum Mining, Inc. v. Dieringer. *Muskingum County*, Nos. CA–9031 and CA–8915.
HOLMES, J., dissents.

**92–725.** Mace v. Sears, Roebuck & Co. *Hamilton County*, No. C–900398.
MOYER, C.J., and DOUGLAS, J., dissent.

**92–727.** Singer v. Bergsman. *Cuyahoga County*, No. 59682.

**92–730.** State ex rel. Becker v. Lion's Den Adult Book Store. *Licking County*, No. CA–3755.
DOUGLAS, J., dissents.

**92–735.** Bruns v. Cooper Indus. Inc. *Montgomery County*, No. 12898.
RESNICK, J., dissents.

**92–739.** Manogg v. Spangler. *Licking County*, No. CA–3693.

**92–740.** Carte v. Ballard. *Hamilton County*, No. C–910276.

**92–744.** Roberts v. Roberts. *Knox County*, No. 91CA000028.

**92–745.** Downing v. Columbus Bd. of Edn. *Franklin County*, No. 91AP–981.

**92–746.** State v. Jones. *Stark County*, No. CA–8680.

**92–750.** Davis v. Hocking Cty. Sheriff. *Hocking County*, No. 91–CA–2.
MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.

**92–755.** State v. Ray. *Fairfield County*, No. 24–CA–91. On motion and cross-motion for leave to appeal. Motions overruled.
MOYER, C.J., and DOUGLAS, J., dissent.

**92–762.** Dixie v. Jeep Corp. *Lucas County*, No. L–90–396.
H. BROWN and RESNICK, JJ., not participating.

**92–771.** Wood v. Wendy's Internatl., Inc. *Franklin County*, No. 91AP–1464.
MOYER, C.J., and H. BROWN, J., not participating.

**92–779.** Thomarios v. Lieberth. *Summit County*, No. 15229.
RESNICK, J., dissents.

**92–789.** Toledo v. Lake. *Lucas County*, No. L–91–175.

**92–790.** Estate of Fine v. Home Ins. Co. *Lucas County*, No. L–91–111.

**92–795.** Spittle v. Clark. *Knox County*, No. 91–CA–23.

**92–799.** Sellers v. Logan–Hocking City School Dist. Bd. of Edn. *Hocking County*, No. 91–CA–12.
SWEENEY and H. BROWN, JJ., dissent.

**92–800.** Bleicher v. Univ. of Cincinnati College of Medicine. *Franklin County*, No. 91AP–866.
H. BROWN, J., not participating.

**92–814.** Tiffin v. Evanoff. *Seneca County*, No. 13–91–38.

**92–817.** Byrd v. Tyler. *Summit County*, No. 15215.
H. BROWN, J., dissents.

**92–843.** State v. Taubman. *Montgomery County*, No. 12356.
DOUGLAS, J., dissents.

**92–849.** Tsiros v. Borally's Catering & Banquet Serv., Inc. *Cuyahoga County*, No. 62268.

**92–852.** Meager v. Complete Auto Transit, Inc. *Montgomery County*, No. 13062.
DOUGLAS and WRIGHT, JJ., dissent.